

FILED
JUN 13 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ CN _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00226 DAD |
|---|---|
| Plaintiff, | |
| v. | ORDER UNSEALING SUPERSEDING INDICTMENT |
| JOSEPH PHILLIP MAR, AND ALBERTO DOMINGUEZ, JR., | |
| Defendants. | |

The United States having applied previously applied to this Court to seal the superseding indictment in the above-captioned proceedings to prevent flight of the targets of the investigation, and the arrest warrant now having been executed and the need for sealing has ceased;

IT IS ORDERED that the superseding indictment in the above-entitled matter shall be unsealed.

Dated: June 13, 2019

_____
HONORABLE BARBARA A. MCAULIFFE
U.S. MAGISTRATE JUDGE

Order Unsealing Superseding Indictment            1