PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>ALBERT DOMINGUEZ, JR.,<br><br>                Defendant. | CASE NO. 1:14-CR-00226-DAD-BAM<br><br>STIPULATION REGARDING SETTING FOR CHANGE OF PLEA; ORDER<br><br>DATE: November 29, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a jury trial on November 29, 2022 and time was excluded to and through that date.

2. By this stipulation, defendants now move to set this matter, as to this defendant only, for a change of plea on June 6, 2022.

///

///

///

1

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 16, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ KAREN A. ESCOBAR<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |
| Dated: May 16, 2022 | /s/ W. SCOTT QUINLAN<br>W. SCOTT QUINLAN<br>Counsel for Defendant<br>ALBERT DOMINGUEZ, JR. |

**ORDER**

Pursuant to the stipulation of the parties, this case is now scheduled for a change of plea hearing only as to defendant Albert Dominguez, on June 6, 2022 at 9:00 a.m.

IT IS SO ORDERED.

Dated: **May 16, 2022**          /s/ Dale A. Drozd
                                 UNITED STATES DISTRICT JUDGE