W. SCOTT QUINLAN, 101269
Attorney at Law
2333 Merced Street
Fresno, Ca 93721
Telephone: (559) 442-0634
Facsimile: (559) 233-6947

Attorney for Defendant ALBERT DOMINGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALBERT DOMINGUEZ,<br><br>    Defendant. | No. 1:14-CR-0226 DAD BAM<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING** |

The United States by and through its counsel of record and Defendant Albert Dominguez, by and through his counsel of record, hereby stipulate to continue the Sentencing hearing in this matter. Defendant is out of custody pending sentencing. The Sentencing hearing is currently scheduled for August 29, 2022 at 8:30 a.m. in courtroom 5 before the Honorable Dale A. Drozd. The parties have agreed to continue the sentencing hearing to September 19, 2022 at 8:30 a.m.

THERE IS GOOD CAUSE for this stipulation in that defendant's counsel was initially out of the state and unavailable to attend his client's probation interview such that the interview was pushed back. As a result, additional time is requested to provide financial information to probation and to allow probation to address it in the draft Presentence Report.

IT IS SO STIPULATED

Dated: July 8, 2022                             /s/ W. Scott Quinlan
                                                W. Scott Quinlan, Attorney for
                                                Defendant, ALBERT DOMINGUEZ

                                                PHILLIP A. TALBERT
                                                United States Attorney

Dated: July 8, 2022                             By: /s/ Karen Escobar
                                                Karen Escobar
                                                Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING, and pursuant to the parties' stipulation, sentencing in this matter, currently scheduled for August 29, 2022 is continued to September 19, 2022.

IT IS SO ORDERED.

Dated:   **July 8, 2022**                       _Dale A. Drozd_
                                                UNITED STATES DISTRICT JUDGE