1  W. SCOTT QUINLAN, 101269
   Attorney at Law
2  2333 Merced Street
   Fresno, Ca 93721
3  Telephone: (559) 442-0634
   Facsimile: (559) 233-6947
4

5  Attorney for Defendant ALBERT DOMINGUEZ, JR.

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       No.  1:14-cr-00226 ADA-BAM

12           Plaintiff,
                                    **REQUEST FOR ORDER EXONERATING
13      v.                          BOND AND FOR RECONVEYANCE OF
                                    CASH BOND AND ORDER THEREON**
14  ALBERT DOMINGUEZ, JR.

15           Defendant.

16

17

18      Defendant, Albert Dominguez, Jr. through counsel, W. Scott Quinlan, hereby moves the

19  Court for an order exonerating the bond and for reconveyance of the cash bond in the above-

20  captioned case.

21      On June 28, 2019, the Magistrate Judge ordered Albert Dominguez, Jr. released from

22  custody under conditions of Pretrial Services supervision and a total bond of $3,600. The cash

23  bond was posted by Oudulia Padilla on June 28, 2019 (receipt number CAE100042880.

24      On September 19, 2022, Albert Dominguez, Jr. appeared in the U.S. District Court for the

25  Eastern District of California and was convicted, by plea, of Conspiracy to Distribute Controlled

26  Substances. On that same date, Albert Dominguez, Jr. was ordered to self-surrender to the Bureau

27  of Prisons on November 3, 2022, to serve his sentence. On November 3, 2022, Albert

28  Dominguez, Jr. surrendered to the Federal Bureau of Prison, Englewood FCI.

                                    1

1    Because Mr. Dominguez is in the custody of the Bureau of Prisons, he requests that the

2    Court exonerate the bond previously set by Magistrate Judge Boone.

6    Dated: December 29, 2022                          Respectfully submitted,

9                                                      /s/ W. Scott Quinlan
                                                       W. Scott Quinlan, Attorney for
10                                                     Defendant, ALBERTO DOMINGUEZ, JR.

13                                    **ORDER**

14    Good cause appearing therefor,

15    **IT IS HEREBY ORDERED** that the cash bond posted and secured by Oudulia Padilla

16    (Receipt #CAE100042880) be exonerated and the cash bond in the amount of $3,600 be returned

17    to Oudulia Padilla.

19    IT IS SO ORDERED.

20    Dated:  **December 30, 2022**                    _____
                                                       UNITED STATES MAGISTRATE JUDGE