UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:14-cr-0226-ADA-BAM |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING ATTORNEY QUINLAN'S REQUEST TO WITHDRAW AS COUNSEL FOR DEFENDANT ALBERT DOMINGUEZ, JR. |
| ALBERT DOMINGUEZ, | |
| Defendant. | (ECF No. 311) |

On February 7, 2022, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court appointed attorney W. Scott Quinlan to represent defendant Albert Dominguez, Jr. (ECF No. 265.) On March 6, 2023, attorney Quinlan filed a motion to withdraw as counsel for Defendant. (ECF No. 311.) Attorney Quinlan states that he has completed the services for which he was appointment since Defendant has already been sentenced pursuant to a plea agreement and reported to the designated prison facility to self-surrender. (*Id.* at 1-2.)

Having reviewed the notice and found that attorney Quinlan has completed the services for which he was appointed, the Court hereby grants attorney Quinlan's request for leave to withdraw as defense counsel in this matter. (ECF No. 311.) The hearing on this motion is vacated.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330,

Fresno, CA 93721. The phone number for the office is (559-487-5561). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

      The Clerk of Court is directed to serve a copy of this order on Defendant Dominguez at the following address and to update the docket to reflect Defendant's *pro se* status and contact information.

> Albert Dominguez
> FCI Englewood
> Federal Correction Institution
> 9595 West Quincy Ave.
> Littleton, CO 80123

IT IS SO ORDERED.

Dated: __March 7, 2023__

UNITED STATES DISTRICT JUDGE